[923 NE2d 583, 896 NYS2d 300]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY FRANCOIS, Appellant.

Decided February 11, 2010

**APPEARANCES OF COUNSEL**

*Legal Aid Society, Criminal Appeals Bureau,* New York City (*Laura Liberman Cohen, Blaine [Fin] V. Fogg, Steven Banks* and *Seymour W. James, Jr.,* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney,* New York City (*Lindsey M. Kneipper* and *Eleanor Ostrow* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed.

The Appellate Division's determination that the officer's conduct did not elevate his encounter with defendant from a common-law inquiry to a seizure necessitating reasonable suspicion constitutes a resolution of a mixed question of law and fact that is supported by the record evidence (*see generally People v Wheeler,* 2 NY3d 370, 373 [2004]), and is therefore beyond this Court's further power of review (*see People v Battaglia,* 86 NY2d 755, 756 [1995]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.